# COURT OF APPEALS
## FOR THE
### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:          February 8, 2013

Case Number:   03-13-00089-CV
Trial Court No.: C-1-PB-12-001431

Style:         In re Attorney General of Texas, Greg Abbott

---

You are hereby informed that relator's emergency motion for temporary relief was granted on the date noted above. Also, the enclosed order was sent this date to the following persons:

The Honorable Dana DeBeauvoir
County Clerk
Travis County Courthouse
P. O. Box 149325
Austin, TX 78714

Mr. Gerald T. Drought
Martin & Drought, P.C.
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, TX 78205

Mr. David Brenner
Burns Anderson Jury & Brenner, L.L.P.
P. O. Box 26300
Austin, TX 78755-0300

The Honorable Guy Herman
Probate Court No. 1
Travis County Courthouse
1000 Guadalupe, Room 217
Austin, TX 78767

Mr. Daniel G. Gurwitz
Atlas, Hall & Rodriguez, LLP
818 Pecan Blvd.
McAllen, TX 78501-3725

Ms. Karyn A. Meinke
Assistant Attorney General
Texas Attorney General Consumer
Protection Division
115 E. Travis, Suite 925
San Antonio, Texas 78205

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00089-CV

### In re Greg Abbott, Attorney General of Texas

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Greg Abbott has filed a petition for writ of mandamus and an emergency motion for temporary relief, seeking to stay the trial court's signing of a decree confirming the sale of real estate. *See* Tex. R. App. P. 52.1, 52.8, 52.10. We grant the emergency motion and stay the trial court from signing the decree confirming the sale pending our resolution of this original proceeding. The real parties in interest are instructed to file their responses to the petition for writ of mandamus no later than February 19, 2013.

It is so ordered on February 8, 2013.

Before Justices Puryear, Pemberton and Rose